IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:20-CV-675-M

| MEGAN CHERISE COBB, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION OF DISMISSAL** |
| THE SELECT GROUP, | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that this action and all claims asserted by Plaintiff in this action hereby are dismissed *without* prejudice. Each party is to bear their own costs and fees.

This the 27th day of October, 2021.

OSBORN GAMBALE BECKLEY & BUDD PLLC

/s/ Joseph D. Budd
Joseph D. Budd
North Carolina State Bar No. 44263
721 W. Morgan St.
Raleigh, NC 27603
Telephone: 919-373-6422
Email: joe@counselcarolina.com

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

/s/ Ann H. Smith
Ann H. Smith
North Carolina State Bar No. 23090
3737 Glenwood Avenue, Suite 450
Raleigh, North Carolina 27612
Telephone: (919) 760-6460
Fax: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

Ann H. Smith
Caitlin Murray Goforth
Jackson Lewis, PC
3737 Glenwood Ave., Suite 450
Raleigh, NC 27612
Ann.smith@jacksonlewis.com
Caitlin.goforth@jacksonlewis.com
*Counsel for Defendant*

This the 27th day of October, 2021.

BY: /s/ Joseph D. Budd
JOSEPH D. BUDD
N.C. Bar No. 44263
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan Street
Raleigh, North Carolina 27603
joe@counselcarolina.com
T: 919.373.6422
F: 919.578.3733